James W. Geriak (State Bar No. 32,871) *geriakj@dicksteinshapiro.com*
Allan W. Jansen (State Bar No. 81,992) *jansena@dicksteinshapiro.com*
Ehab M. Samuel (State Bar No. 228,296) *samuele@dicksteinshapiro.com*
Mark Stirrat (State Bar No. 229,448) *stirratm@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2 Park Plaza, Suite 900
Irvine, CA 92614-8561
Telephone: (949) 623-7880
Facsimile: (949) 623-7881

Robert W. Dickerson (State Bar No. 89,367) *dickersonr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 772-8300
Facsimile: (310) 772-8317

Attorneys for Plaintiff and Counterdefendant
SPINAL KINETICS, INC.

Jeffrey M. Olson (State Bar No. 104,074) *jolson@sidley.com*
Paul H. Meier (State Bar No. 115,999) *pmeier@sidley.com*
Samuel N. Tiu (State Bar No. 216,291) *stiu@sidley.com*
Matthew S. Jorgenson (State Bar No. 229,131) *mjorgenson@sidley.com*
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant and Counterclaimant
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPINAL KINETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)), <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | CASE NO. 5:11-CV-03891 RMW <br><br> **JOINT STIPULATION AND [] ORDER TO STAY CASE** |

DOCSLA-87615v2

JOINT STIPULATION AND
[] ORDER TO STAY CASE

1  The Case Management Conference in the present action is currently set for February 10, 2012. (Docket No. 20). The parties are also currently required to file a Joint Case Management Statement by February 3, 2012. However, the present action is related to Northern District of California Case No. 5:09-CV-01201 RMW, styled *Synthes USA, LLC (f/k/a Synthes (U.S.A.) v. Spinal Kinetics, Inc.*, which involves the same patent (*i.e.*, U.S. Patent No. 7,429,270) as the sole patent-in-suit in the present case, and which was recently tried to a jury verdict in this Court.

Because of the relatedness of these two actions, and to preserve the resources of the parties and this Court, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, and subject to the approval of this Court, that the present action is stayed in all respects, and all current deadlines are vacated. Such stay shall continue until a judgment is entered in Northern District of California Case No. 5:09-CV-01201 RMW and until any appeal of that judgment has been decided by the United States Court of Appeals for the Federal Circuit, or until such other time as determined by the Court, including in response to a motion filed by either party to lift the stay.

Respectfully submitted,

Dated: January 19, 2012           DICKSTEIN SHAPIRO LLP

By:  */s/ James W. Geriak*
     James W. Geriak
     Attorneys for Plaintiff and Counterdefendant
     SPINAL KINETICS, INC.

Dated: January 19, 2012           SIDLEY AUSTIN LLP

By:  */s/ Jeffrey M. Olson*
     Jeffrey M. Olson
     Attorneys for Defendant and Counterclaimant
     SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: ___FEB___, 2012        By: _____
                                   Hon. Ronald M. Whyte
                                   United States District Judge

DOCSLA-87615v2                        1                    JOINT STIPULATION AND
                                                           [] ORDER TO STAY CASE

Pursuant to General Order No. 45, Section X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey M. Olson, counsel of record for Synthes USA, LLC (f/k/a Synthes (U.S.A.)).

Respectfully submitted,

Dated: January 19, 2012                DICKSTEIN SHAPIRO LLP

By:   */s/ James W. Geriak*
        James W. Geriak
        Attorneys for Plaintiff and Counterdefendant
        SPINAL KINETICS, INC.