Robert W. Dickerson (CA SBN 89367)
*dickersonr@dicksteinshapiro.com*
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorney for Plaintiff/Counter-Defendant
SPINAL KINETICS, INC.

Jeffrey M. Olson (CA SBN 104074)
*jolson@sidley.com*
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorney for Defendant/Counter-Claimant
SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.))

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SPINAL KINETICS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>           Defendant. | CASE NO. CV-11-03891-RMW<br><br>Hon. Ronald M. Whyte<br><br>**STIPULATION TO LIFT STAY AND DISMISS** |
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>           Counter-Claimant,<br><br>      v.<br><br>SPINAL KINETICS, INC.,<br><br>           Counter-Defendant. | |

1   Plaintiff Spinal Kinetics, Inc. ("Spinal Kinetics") and defendant Synthes USA, LLC
2 ("Synthes"), by their respective undersigned attorneys, hereby stipulate that the existing Stay (Dkt.
3 No. 22) in the above captioned matter can be lifted, and that this action shall be dismissed pursuant
4 to the terms of a Settlement Agreement.  The dismissal by Spinal Kinetics of its claims for relief is
5 with prejudice as to all claims asserted against Synthes, and the dismissal by Synthes is with
6 prejudice as to all counterclaims asserted against Spinal Kinetics.  Except as otherwise agreed
7 between the parties, each party shall bear its own attorneys' fees and costs.  A proposed order
8 dismissing this action is being filed herewith.
9   This Court shall retain subject matter and personal jurisdiction over the parties with respect
10 to any dispute that may arise under the terms of their settlement agreement.
11   Agreed to and submitted by:

13 Dated:  May 23, 2014                    DICKSTEIN SHAPIRO LLP

15                                         By: /s/ *Robert W. Dickerson*
                                              Robert W. Dickerson
                                              Attorneys for Plaintiff/Counter-Defendant
16                                            SPINAL KINETICS, INC.

18 Dated:  May 23, 2014                    SIDLEY AUSTIN LLP

20                                         By: /s/ *Jeffrey M. Olson*
                                              Jeffrey M. Olson
21                                            Attorneys for Defendant/Counter-Claimant
                                              SYNTHES USA, LLC (f/k/a SYNTHES
22                                            U.S.A.)

**DICKSTEIN
SHAPIRO LLP**

-1-
STIPULATION TO LIFT STAY AND DISMISS
DOCSLA-119946 v1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SPINAL KINETICS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>　　　　Defendant. | CASE NO. CV-11-03891-RMW<br><br>Hon. Ronald M. Whyte<br><br>**[] ORDER LIFTING STAY AND DISMISSING ACTION IN ITS ENTIRETY** |
| SYNTHES USA, LLC (f/k/a SYNTHES (U.S.A.)),<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>SPINAL KINETICS, INC.,<br><br>　　　　Counter-Defendants. | |

1  Based on the "Stipulation Lifting Stay and of Dismissal" filed by Plaintiff Spinal Kinetics, Inc. and Defendant Synthes USA, LLC, it is hereby ORDERED that the existing Stay (Dkt. No. 22) is hereby lifted, and that all claims of Spinal Kinetics, asserted against Synthes USA, are dismissed with prejudice, and all counterclaims of Synthes USA, asserted against Spinal Kinetics, are dismissed with prejudice.  Except as otherwise agreed by the parties, each party shall bear its own attorneys' fees and costs.

This Court shall retain subject matter and personal jurisdiction over the parties with respect to any dispute that may arise under the terms of their settlement agreement.

**IT IS SO ORDERED.**

Dated: _____, 2014

_____
Honorable Ronald M. Whyte
United States District Judge